1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11 VICTOR SANTACRUZ, LUIS
SANTACRUZ, CIRILO MANCINAS
LOPEZ, RAYMUNDO MARTINEZ,
12 LUCIA GARCIA, and WILLIAM
ALCANTAR,
13

Plaintiffs,
14

v.
15

SOUTHBANK DAIRIES, LLC, a
16 Washington Limited Liability Company,
and JERRY D. FOSTER, an individual,
17

Defendants.
18

CASE NO. C16-5200 RJB

ORDER ON PLEADING
ENTITLED STIPULATION AND
PROPOSED ORDER
REGARDING DISCOVERY
DEADLINE AND TO TAKE
DEPOSITION

19     This matter comes before the Court on a pleading filed January 27, 2017 entitled

20 "Stipulation and Proposed Order Regarding Discovery Deadline and to Take Deposition."  Dkt.

21 53.  The Court has considered the pleading, the remaining record, and is fully advised.

22     Filed March 16, 2016, this case arises from Plaintiffs' employment at Defendants' dairy

23 farm.  Dkt. 1.  In their First Amended Complaint, Plaintiffs assert that they did not receive all

24

ORDER ON PLEADING ENTITLED
STIPULATION AND PROPOSED ORDER
REGARDING DISCOVERY DEADLINE AND TO
TAKE DEPOSITION- 1

1   wages due, suffered uncompensated physical injuries, and experienced racial discrimination.

2   Dkt. 26.  Plaintiffs make claims under the Fair Labor Standards Act, 29 U.S.C. 206, *et seq*., the

3   Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. § 1802 *et seq*., and make

4   state law claims under Washington's wage and hours laws, for discrimination in violation of

5   Washington's Law Against Discrimination, RCW 49.60, *et seq*., for breach of contract, and for

6   fraudulent concealment.  *Id.*  Plaintiffs' "deliberate intent to injure/personal injury" claims were

7   dismissed.  Dkt. 33.

8                                               **FACTS**

9          On November 30, 2016, Defendants' counsel filed a motion to withdraw as attorneys of

10  record for the Defendants.  Dkt. 44.  Counsel notified the Defendants of the need to comply with

11  Local Rule W.D. Wash. 83.2(b)(3).  *Id.*  The motion was noted for December 16, 2016. *Id.*

12         That same day, on November 30, 2016, Defendant Southbank Dairies, LLC was also

13  notified by the Court that pursuant to Local Rule W.D. Wash. 83.2(b)(3), it must be represented

14  by counsel.  Dkt. 46.  Defendant Southbank Dairies, LLC was cautioned that it must retain

15  counsel or risk an entry of default against it as to Plaintiffs' claims.  *Id.*  It was given until

16  **December 16, 2016** to secure counsel and notified that "failure to do so may result in an entry of

17  default against Southbank Dairies, LLC."

18         Defendants' counsels' motion to withdraw was granted on December 19, 2016. Dkt. 47

19         To date, no attorney has appeared for Defendant Southbank Dairies, LLC.

20         On January 27, 2017, the pleading entitled "Stipulation and Proposed Order Regarding

21  Discovery Deadline and to take Deposition" was filed.  Dkt. 53.  This pleading was filed on

22  behalf of Plaintiffs, through counsel.  *Id.*  It also purports to be filed by "Defendants Southbank

23  Dairies, LLC and Jerry D. Foster . . . by and through their undersigned representative." *Id.*

24  ORDER ON PLEADING ENTITLED
    STIPULATION AND PROPOSED ORDER
    REGARDING DISCOVERY DEADLINE AND TO
    TAKE DEPOSITION- 2

1  Defendant Foster signed this pleading.  *Id.*  This pleading requests an extension of time of the

2  discovery deadline to February 21, 2017 for the limited purpose of taking the deposition of Judy

3  Stratton and the Fed. R. Civ. P. 30(b)(6) deposition of Southbank Dairies, LLC.  *Id.*

4  **DISCUSSION**

5  Local Rule W.D. Wash. 83.2(b)(3) provides:

6  A business entity, except a sole proprietorship, must be represented by counsel. If
   the attorney for a business entity, except a sole proprietorship, is seeking to

7  withdraw, the attorney shall certify to the court that he or she has advised the
   business entity that it is required by law to be represented by an attorney admitted

8  to practice before this court and that failure to obtain a replacement attorney by
   the date the withdrawal is effective may result in the dismissal of the business

9  entity's claims for failure to prosecute and/or entry of default against the business
   entity as to any claims of other parties.

10

11  No motion for default has been filed against Southbank Dairies, LLC, so it is still an

12  active defendant in this matter.  To date, however, Southbank Dairies, LLC has not retained

13  counsel.  Defendant Foster is not an attorney admitted to practice before this court.  Accordingly,

14  Defendant Foster cannot represent Southbank Dairies, LLC in any way in this case, including

15  attempting to file pleadings on its behalf.

16  As a result, the January 27, 2017 pleading (Dkt. 53) shall be construed as a motion for

17  extension of time between Plaintiffs and Defendant Foster.  (It is not a stipulation because not all

18  parties have endorsed it.) They should be given their extension of the discovery deadline from

19  January 30, 2017 to February 21, 2017.  All other deadlines remain in place.

20  **ORDER**

21  It is **ORDERED** that:

22  • Plaintiffs' and Defendant Foster's motion for an extension of the discovery deadline to

23  February 21, 2017 (Dkt. 53) **IS GRANTED**.

24

ORDER ON PLEADING ENTITLED
STIPULATION AND PROPOSED ORDER
REGARDING DISCOVERY DEADLINE AND TO
TAKE DEPOSITION- 3

1    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2    to any party appearing *pro se* at said party's last known address.

3    Dated this 2nd day of February, 2017.

4

5    ROBERT J. BRYAN
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON PLEADING ENTITLED
STIPULATION AND PROPOSED ORDER
REGARDING DISCOVERY DEADLINE AND TO
TAKE DEPOSITION- 4